UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>    Plaintiff,<br><br>    v.<br><br>B.J. WEAVER, et al.,<br><br>    Defendants. | 1:13-cv-01755-MJS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECUSAL<br><br>(ECF No. 13) |

On October 23, 2013, Zane Hubbard ("Plaintiff"), an individual proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

On April 3, 2014, Plaintiff filed a motion seeking to disqualify the Magistrate Judge assigned to this action. (ECF No. 13.)

A judge must disqualify himself if "his impartiality might be reasonably questioned," 28 U.S.C. § 455(a), or if "he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding," 28 U.S.C. § 455(b)(1). "[J]udicial rulings or information acquired by the court in its judicial capacity will rarely support recusal." United States v. Johnson, 610 F.3d 1138, 1147 (9th Cir. 2010) (citing Litkey v. United States, 510 U.S. 540, 555 (1994)).

The objective test for determining whether recusal is required is whether a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned. Johnson, 610 F.3d at 1147 (quotation marks and citation omitted); Pesnell v. Arsenault, 543 F.3d 1038, 1043 (9th Cir. 2008). "Adverse findings do not equate to

1

bias." Johnson, 610 F.3d at 1147.

In this instance, Plaintiff's only stated grounds for his recusal is his belief that Judge Seng has misconstrued the United States Constitution and unlawfully denied Plaintiff's claims. Plaintiff also alleges that Judge Seng only has jurisdiction over events in Yosemite National Park and not over Plaintiff's claims which did not occur in the Park.  Plaintiff has failed to present anything that would lead a reasonable person to question Judge Seng's impartiality.

Accordingly, Plaintiff's motion to recuse Judge Seng is DENIED.

IT IS SO ORDERED.

Dated:   May 30, 2014              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE